JOHN W. HUBER, United States Attorney (#7226)
SAM PEAD, Assistant United States Attorney (#11945)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682



FILED
U.S. DISTRICT COURT
2019 AUG 21  P 3: 22
DISTRICT OF UTAH
BY:
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. KALEB WIEWANDT, Defendant. | INDICTMENT<br><br>VIOLATION:<br><br>Count I: 18 U.S.C. § 751(a) – Escape from Custody<br><br>Case: 2:19-cr-00313<br>Assigned To : Waddoups, Clark<br>Assign. Date : 8/21/2019<br>Description: |
|---|---|

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 751(a)
(Escape from Custody)

On or about September 26, 2018, in the Central Division of the District of Utah,

KALEB WIEWANDT,

defendant herein, did knowingly escape from custody at the Geo Care Residential Reentry Center in Salt Lake City, Utah, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States for the District of Arizona upon conviction for the commission of Conspiracy

to Commit Mail and Wire Fraud in violation of 18 U.S.C. § 1349; all in violation of 18 U.S.C. § 751(a).

A TRUE BILL:

/S/
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

SAM PEAD
Assistant United States Attorney